I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED 10-28-2014

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN JOSE CAMPOS,<br><br>Petitioner,<br><br>v.<br><br>W. L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. CV 14-04713 DSF (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections [22]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections are overruled for the reasons set forth in the R&R, and for the additional reasons set forth below:

   a. The Court rejects Petitioner's unsupported assertion that the relevant statute of limitations does not apply to claims of ineffective assistance of counsel. *See* 28 U.S.C. § 2244(d)(1) ("A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment

of a State court.").

        b.     Petitioner's arguments relevant to exhaustion, his request for a stay and abeyance, and his construction of Federal Rule of Civil Procedure 60(b) are moot because this action is time-barred for the reasons set forth in the R&R.

   2.     The Court accepts the findings and recommendation of the R&R.

   3.     Respondent's Motion to Dismiss the Petition is GRANTED.

   4.     Petitioner's Motion for Stay and Abeyance for Good Cause and Request for Lodgments [16] and Request for Consideration of Writ Petition in Light of Fed. Rule 60(b)(1) for Good Cause [17] are DENIED for the reasons reported in the R&R.

   5.     Judgment shall be entered dismissing this action with prejudice because it is time-barred.

   6.     All other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: October 27, 2014

                                                  DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE